In the Matter of BARNET D. GOLDEN, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, Respondent.— Petitioner appeals from an order denying his petition and dismissing the proceeding, which was brought under article 78 of the Civil Practice Act, to review respondent's determination which, among other things, granted petitioner's protest in part and denied it in part, and reduced the maximum rent of petitioner's housing accommodation from $70 a month to $69 a month. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

In the Matter of CAROLINE V. PEABODY, Petitioner, against IRVING ZION, as Mayor of the Village of Lawrence, et al., Respondents.— Proceeding under article 78 of the Civil Practice Act to review determinations of the Mayor and the board of trustees of the Village of Lawrence, denying petitioner's application for a license to operate a taxicab in said village, and a determination of the said board of trustees denying petitioner's application for the establishment of a public hackstand. The proceeding has been transferred to this court. (Civ. Prac. Act, § 1296.) Determinations unanimously confirmed, without costs. The discretion lodged in the officials does not appear to have been exercised capriciously or arbitrarily. Whether public hackstands should be established was a matter for determination by the board of trustees of the village. The courts cannot compel exercise of the power which is granted solely to the board to establish hackstands. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.